GREENBERG, DAUBER, EPSTEIN & TUCKER
A Professional Corporation
One Gateway Center, Suite 600
Newark, New Jersey 07102
Tel: (973) 643-3700
Attorneys for Plaintiff T.F.H. Publications, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| T.F.H. PUBLICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASPEN PET PRODUCTS, INC., <br><br> Defendant. | Civil Action No. 08-cv-4805 (FLW) (TJB) <br><br> **NOTICE OF MOTION TO AMEND** <br> ***L. PAT. R.* 3.1 INFRINGEMENT CONTENTIONS** |

TO:  Gregory S. Tamkin, Esq.
     Dorsey & Whitney LLP
     370 Seventeenth Street, Suite 4700
     Denver, Colorado 80202
     *Attorneys for Defendant Aspen Pet Products, Inc.*

**PLEASE TAKE NOTICE** that on March 1, 2010, the undersigned, as attorneys for plaintiff T.F.H. Publications, Inc., shall move before the Honorable Douglas E. Arpert, Magistrate Judge of the United States District Court for the District of New Jersey, at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 6000, Trenton, NJ 08608, for an Order granting plaintiff T.F.H. Publications leave to amend its Local Patent Rule 3.1 Disclosure of Asserted Claims and Infringement Contentions.

**PLEASE TAKE FURTHER NOTICE** that in support of the foregoing motion, plaintiff T.F.H. Publications, Inc. shall rely upon the Memorandum of Law and Declaration of Russell S. Burnside submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 7.1(e), a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested at the discretion of the Court.

Dated: February 4, 2010

GREENBERG, DAUBER, EPSTEIN & TUCKER
A Professional Corporation
One Gateway Center, Suite 600
Newark, New Jersey 07102
Tel: (973) 643-3700
Attorneys for Plaintiff T.F.H. Publications, Inc.

By: _____
  Russell S. Burnside