Fax:   Aug  4 2011 09:22am  P001/002

 **GREENBERG DAUBER EPSTEIN & TUCKER** | COUNSELLORS AT LAW
A PROFESSIONAL CORPORATION

RECEIVED

RUSSELL S. BURNSIDE
ADMITTED IN NJ, NY, PA, DC

AUG 0 5 2011

AT 8:30_____M
WILLIAM T. WALSH
CLERK

August 4, 2011

RECEIVED

AUG 0 4 2011

DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

<u>*Via Facsimile (609) 989-0451 and U.S. Mail*</u>

Hon. Douglas E. Arpert, U.S.M.J.
United States District Court
Fisher Federal Building & United States Courthouse
402 E. State Street, Court Room 6W
Trenton, New Jersey 08608

      Re:    **TFH Publications, Inc. v. Doskocil Manufacturing Company, Inc.**
              **Civ. Action No.: 08-04805**

Dear Magistrate Arpert:

      This law firm represents plaintiff TFH Publications, Inc. in the above-referenced matter. Pursuant to Your Honor's May 10, 2011 Amended Scheduling Order, the parties are currently scheduled to complete discovery from expert witnesses concerning *Markman* briefing on August 5, 2011, and to submit responsive *Markman* briefs on September 9, 2011. However, due to irreconcilable scheduling conflicts of both counsel and witnesses, the parties jointly request a short adjournment of the *Markman* expert discovery and responsive briefs.

      The parties have conferred concerning the schedule of the *Markman* expert discovery and briefing and hereby submit this joint request that all deadlines concerning *Markman* briefing and hearing be adjourned one month while the parties await Judge Wolfson's decisions on summary judgment.

      Thus, the parties respectfully request that the May 10, 2011 Amended Scheduling Order be amended to set the following deadlines:

| | |
|---|---|
| Complete *Markman* Expert Discovery | September 16, 2011 |
| Responsive *Markman* Briefs | October 14, 2011 |
| Advise Court Concerning Hearing | October 28, 2011 |

Suite 600, One Gateway Center, Newark, New Jersey 07102 | Tel: 973.643.3700 | Fax: 973.643.1218
Email: rburnside@greenbergdauber.com | Web: www.greenbergdauber.com

Hon. Douglas E. Arpert, U.S.M.J.
August 4, 2011
Page -2-

    Should Your Honor have any questions about the foregoing, I will make myself available to address them. Thanking Your Honor for your courtesies and attention to this matter, I remain

                        Respectfully yours,

                        Russell S. Burnside

RSB/tbs
cc:   Hon. Freda L. Wolfson, U.S.D.J. (Via Facsimile)
      Gregory S. Tamkin, Esq. (Via Email)
      Evan M. Rothstein, Esq. (Via Email)


                        So Ordered this 5th day
                        of August, 20 11
                        Douglas E. Arpert, U.S.M.J.